December 17, 2020

5-22CV0020-H

CLERK U.S. DISTRICT COURT
NORTHERN DIST. OF TX
LUBBOCK DIVISION

2022 FEB 15  AM 9: 26

DEPUTY CLERK

Dear O. I. G,

This is my Life Endangerment these grievances inside # 2620171158. I want too file a O.P.I because I'm in fear for my life. I would appreciate your assistance in this matter as as possible please.

Thank you for your time and concern.

Sincerely,
David Washington # 765851
Bill Clement's unit
9601 Spur 591
Amarillo, Texas 79107



RECEIVED

FEB 1 5 2022

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

c.c; File

# Texas Department of Criminal Justice

## STEP 1

### OFFENDER GRIEVANCE FORM

**OFFICE USE ONLY**

Grievance #: 2020171158

Date Received: Aug 31, 2020

Date Due: 10/10/2020

Grievance Code: 815

Investigator ID #: I2186

Extension Date: _____

Date Retd to Offender: Sept 25, 2020

Offender Name: David Washington    TDCJ # 765851

Unit: Bill Clements    Housing Assignment: 4E-11-B

Unit where incident occurred: Bill Clements

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Sgt.    When? August 27, 2020

What was their response? write a grievance

What action was taken? none

---

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

To whom it may concern,
On August 27, 2020 and at the location 4 Building
E pod one section at 11:00 a m shift CO Mr.
Hall was going to call to sharing senitive
information surrounding my criminal
conviction with these offenders. They are calling
me the following names, Pervert David
Washington Killed his whole family, Washington
S.O. or child molester of the year, etc. with
these offenders. They are being unprofessional
and his behaviors jeopardizes my safety
and my life.

---

**I-127 Front** (Revised 11-2010)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**    (OVER)

Appendix F

_____
_____
_____
_____
_____
_____
_____

Action Requested to Resolve your Complaint *That they single cell me; etc.*

Offender Signature: *David Washington*          Date *August 27, 2020*

Grievance Response: *Your complaint has been investigated and findings reviewed. Staff denied your claim of sharing your personal information with other offenders. No evidence was found to support your claim of staff misconduct. No further action is warranted.*

Signature Authority: *Floyd Keesee Assistant Warden JW*     Date *Sep 23, 2020*

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

---

Returned because:     *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance #_____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

UGI Printed Name/Signature: _____

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

Medical Signature Authority:_____

| OFFICE USE ONLY |
|---|
| Initial Submission          UGI Initials:_____ |
| Grievance #: _____ |
| Screening Criteria Used: _____ |
| Date Recd from Offender: _____ |
| Date Returned to Offender: _____ |
| 2nd Submission          UGI Initials:_____ |
| Grievance #: _____ |
| Screening Criteria Used: _____ |
| Date Recd from Offender: _____ |
| Date Returned to Offender: _____ |
| 3rd Submission          UGI Initials:_____ |
| Grievance #: _____ |
| Screening Criteria Used: _____ |
| Date Recd from Offender: _____ |
| Date Returned to Offender: _____ |

**I-127 Back** (Revised 11-2010)

Appendix F

cc: File

**Texas Department of Criminal Justice**

# STEP 2

**OFFENDER GRIEVANCE FORM**

OFFICE USE ONLY

Grievance #: _____

UGI Recd Date: _____

HQ Recd Date: _____

Date Due: _____

Grievance Code: _____

Investigator ID#: _____

Extension Date: _____

Offender Name: _Daird Washington_   TDCJ # _765851_

Unit: _Bill Clements_   Housing Assignment: _4E-11-B_

Unit where incident occurred: _Bill Clements_

You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.

Give reason for appeal (Be Specific). *I am dissatisfied with the response at Step 1 because...*

The same on step one grievance continues to accure every day and every night on a regular basises, CO Mr. Lamb, CO Mr. Lemor, CO Mr. Volgel, CO Mr. Kosoma, etc. They are calling me the following names, Washington out of subject a real child molester, Washington a real sex offender, etc with the offenders. I don't know if to instigate confrontation between me and other offenders. There conduct jeopardizes my life and safety. And the movie that has been published about my criminal conviction case and my family. I have recieved threats by offenders and officers, etc. This movie reflect on me, my integrity, name, family and friends. I'm suffering from depression, anxiety attacks, etc.

Offender Signature: _Dreird Washington_    Date: _October 1, 2020_

Grievance Response:

Signature Authority: _____    Date: _____

Returned because:    *Resubmit this form when corrections are made.*

☐ 1. Grievable time period has expired.

☐ 2. Illegible/Incomprehensible.*

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments.*

☐ 5. Malicious use of vulgar, indecent, or physically threatening language.

☐ 6. Inappropriate.*

CGO Staff Signature: _____

**OFFICE USE ONLY**

Initial Submission          CGO Initials: _____

Date UGI Recd: _____

Date CGO Recd: _____

(check one) ____ Screened    _____ Improperly Submitted

Comments: _____

Date Returned to Offender: _____

2nd Submission          CGO Initials: _____

Date UGI Recd: _____

Date CGO Recd: _____

(check one) ____ Screened    _____ Improperly Submitted

Comments: _____

Date Returned to Offender: _____

3rd Submission          CGO Initials: _____

Date UGI Recd: _____

Date CGO Recd: _____

(check one) ____ Screened    _____ Improperly Submitted

Comments: _____

Date Returned to Offender: _____

I-128 Back (Revised 11-2010)                                    Appendix G

To: Unit Administrator 7-10 February 19, 2021

This offender in 4F-14 cell keep threatening to get me and criticizing me calling me a sex offender, etc he gose by the nick name T J. I don't know his real name.

David Washington                    #765851
Bell Clements unit                   4F-22-B

                                            cc: File

cc; file

**SUBJECT:** *State briefly the problem on which you desire assistance.*

This offender in 4F-1 cell keep threatening to get me and criticising me calling me a rapist, etc he goes by the nick name West. I don't know his real name.

Name: David Washington    No: 76 5851   Unit: B C

Living Quarters: 4F-22 OB    Work Assignment: _____

**DISPOSITION:** (Inmate will not write in this space)

☆I-60 (Rev. 11-90)

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ Unit Assignment, Transfer (Chairman of Classification, Administration Building)

2. ☐ Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)

3. ☐ Request for Promotion in Class or to Trusty Class (Unit Warden- if approved, will be forwarded to the Director of Classification)

· ☐ Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78757)

5. ☐ Visiting List (Asst. Director of classification, Administration Building)

6. ☐ Parole requirements and related information (Unit Parole Counselor)

7. ☐ Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)

8. ☐ Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)

: *Unit Administrator*
(Name and title of official)

DATE: *February 19, 2021*

DRESS: *Bill Clements unit*

**SUBJECT:** State briefly the problem or thing you desire assistance.

This offender in 4F-13 cell keep threatening to get me and criticizing me calling me a child molester, etc he goes by the nick name C J. I dont know his real name.

Name: David Washington    No: 765851    Unit: B C

Living Quarters: 4F-22-B    Work Assignment: _____

**DISPOSITION:** (Inmate will not write in this space)

☆I-60 (Rev. 11-90)

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ *Unit Assignment, Transfer (Chairman of Classification, Administration Building)*

2. ☐ *Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)*

3. ☐ *Request for Promotion in Class or to Trusty Class (Unit Warden- if approved, will be forwarded to the Director of Classification)*

4. ☐ *Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78757)*

5. ☐ *Visiting List (Asst. Director of classification, Administration Building)*

6. ☐ *Parole requirements and related information (Unit Parole Counselor)*

7. ☐ *Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)*

8. ☐ *Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)*

TO: *Unit Administrator*          DATE: *February 19, 2021*
(Name and title of official)

ADDRESS: *Bill Clements Unit*

To; Unit Administrator E"6" February 17, 2021

I've also have been recieving threats from the
gang members Crips and the Bloods, Kites, etc

David Washington                    #765851
Bill Claments unit                  4F-22-B

                                    cc: File

To: Unit Administrator I-60   February 17, 2021

This offender in # 4-19 cell keeps threatening to get me and criticizing calling me child molester, etc he goes by the Nick name Miami. I don't know his real name-

David Washington              # 765851
Bill Clements Unit            4F-22-B

                                        cc: file

To 6 Unit Administrator I-60 February 13, 2021

This offender in 4F-23 cell keep threatening to beat me and cursing me calling me nasty names, etc. he grabbing the most of me racist Bull.

David Washington

Bill Clements Unit

#765851

4F-22-B

illegible

January 2, 2021

Dear Clerk,

Please place this letter in my file.

This to notify you all on whats going on with me in this prison.

They are still refuseing to place me in adseg or a single cell.

I talk too Sergeant Testify on 12/30/20 I told him about their officers putting my personal business out about my criminal conviction case and I like too do a O.P.I He said no we cant do that. He said put in for the Sex Offender Program. Well since I can not get no body to help me get placed in a single or adseg, I guess I will see if I can go to the "Sex Offender Program". I could do the Sex Offender Program from adseg or a single too. I would appreciate your assistance in this matter as soon as possil

Dear Jeffrey Lebaron,

This is to notify you what's up with me. See because of that movie that has been published about me my brothers and sisters and my Kids don't want any thing to do with me. So I don't have any one too write or call the Ombudsman Coordinator in Huntsville to help me! So I have to depend on TBCJ—ID to help me. That's the only right thing to do in this matter. All I ask y'all to do is single cell me or nothing else! I Know I qualify for it. And they got single right hear on Bill Clements unit why can't we resolve this matter right hear by doing that for me. Instead of sending me to a place where they got Protective Custody / Safe Keeping. Well the unit Warden hasn't did nothing. And I've written them many grievances. They should of already put me in seg or

Re: Cause No. 95-420-240


Dear Clerk,

This is to notify you, I'm no longer on the Bill Clements unit. I'm now in transit on the Walls unit.


Hear is more evidence to support my claims.
Please place them in my file as soon as your time permits.



Respectfully,
David Washington #765851
Walls unit
815 12th Street
Huntsville, Texas 77348



David Washington #765851
Wells unit
815 12 th Street
Huntsville, Texas 77348

RECEIVED
FEB 15 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

Legal Mail

Clerk District Court
U.S. District Court
Northern District of Texas
1205 Texas ave, Room 209
Lubbock, Texas 79101

PRIVILEGED OFFENDER MAIL
NOT INSPECTED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE - CORRECTIONAL
INSTITUTIONS DIVISION