UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

DAVID WASHINGTON,
Institutional ID No. 765851

          Plaintiff,

v.

CLEMENTS UNIT
ADMINISTRATION,

          Defendant.

No. 5:22-CV-00020-H

## JUDGMENT

For the reasons stated in the Court's order entered today, it is ordered, adjudged, and decreed that Plaintiff's civil-rights complaint is dismissed pursuant to the three-strikes provision of 28 U.S.C. § 1915(g) and for failure to prosecute.

Dated  April 27 , 2022.

                                          JAMES WESLEY HENDRIX
                                          United States District Judge